UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD CERNOHORSKY and IMONI ALI,
Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.                                      Case No: 8:13-cv-00124-MSS-AEP

CAREER EDUCATION CORPORATION and
INTERNATIONAL ACADEMY OF
MERCHANDISING & DESIGN, INC. d/b/a
IADT ONLINE,

    Defendants.
_____/

## PLAINTIFFS' STATUS REPORT

In accordance with the Court's order of December 5, 2014 [DE 35], Plaintiffs, RONALD CERNOHORSKY and IMONI ALI, Individually and on Behalf of all others similarly situated, by and through the undersigned counsel, hereby file this Status Report and state as follows:

1.  On June 28, 2013, this Court granted Defendants' Motion to Compel Arbitration and Stay Proceedings pending arbitration [DE 34].

2.  On December 5, 2014, this Court ordered Plaintiffs' counsel to provide the Court with a status report by December 12, 2014.

3.  The Plaintiffs have not communicated with the undersigned regarding their intentions to file their arbitration claims.

4.  The undersigned will seek a determination from the Plaintiffs and make a determination within thirty (30) days of whether Plaintiffs will either commence arbitration or voluntarily dismiss this action.

5.	Therefore, Plaintiffs' counsel requests an additional thirty (30) days to communicate with the Plaintiffs and make a determination of whether they will commence arbitration or voluntarily dismiss this action.

Respectfully submitted this 12th day of December 2014.

/s/Mitchell L. Feldman
Mitchell L. Feldman
Florida Bar No.: 0080349
mfeldman@ffmlawgroup.com
FELDMAN MORGADO, P.A.
501 N. Reo Street
Tampa, Florida 33609
Telephone: (813) 639-9366
Facsimile: (813) 639-9376
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2014 a true and correct copy of the foregoing was filed using the Court's CM/ECF electronic system which will electronically forward a Notice of this filing to all parties in interest.

/s/Mitchell L. Feldman
Mitchell L. Feldman
Florida Bar No.: 0080349